UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KRISTA JONES,

    Plaintiff,

                            CASE NO. 2:19-CV-255

v.

                            HON. ROBERT J. JONKER

INTERLAKE STEAMSHIP COMPANY,
*et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order on Report and Recommendation entered this day, Judgment is entered in favor of Defendants Interlake Steamship Company and Marine Engineers' Beneficial Association, District #1-PCD and against Plaintiff Krista Jones.

Dated:   November 30, 2020        /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   CHIEF UNITED STATES DISTRICT JUDGE