UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KRISTA JONES,

      Plaintiff,

v.

INTERLAKE STEAMSHIP
COMPANY, et al.,

      Defendants.
_____/

File no: 2:19-cv-255

HON. ROBERT J. JONKER

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on September 19, 2023 (ECF No. 166). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 166) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for partial summary judgment on her Section 414 claim (claim 3) (ECF No. 135) is **GRANTED**.

**IT IS FURTHER ORDERED** that the $50.00 paid to Plaintiff by the Marine Engineers' Beneficial Association (MEBA) sufficiently compensates her for the relief she requests in her Section 414 claim.

**IT IS FURTHER ORDERED** that Plaintiff's interim request for an award of attorney fees is denied without prejudice to Plaintiff filing an appropriate motion for attorney fees upon conclusion of the remaining issues in this case.

Dated: October 19, 2023            /s/ Robert J. Jonker
                                               ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE