UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KRISTA JONES,

        Plaintiff,

                                                        CASE No. 2:19-cv-255

v.

                                                      HON. ROBERT J. JONKER

INTERLAKE STEAMSHIP CO., et al.,

        Defendants.

_____/

## JUDGMENT

       In accordance with the Order Approving and Adopting Report and Recommendation entered this day and with the earlier Opinions and Orders of this Court, Judgment is entered in favor of Defendants Interlake Steamship Company and Marine Engineers' Beneficial Association (MEBA), District #1-PCD and against Plaintiff Krista Jones on all Plaintiff's claims except for Plaintiff's Section 414 claim; and that Judgment enters in favor of Plaintiff Krista Jones and against Defendant MEBA on Plaintiff's Section 414 claim.  The $50.00 paid to Plaintiff by MEBA satisfies the Section 414 portion of the Judgment.

Dated:  May 14, 2024              /s/ Robert J. Jonker_____
                                  ROBERT J. JONKER
                                  UNITED STATES DISTRICT JUDGE